# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **JAMAICA 99 CENTS & UP INC.**, **THE 17115 FAMILY LIMITED PARTNERSHIP**, **JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | CASE NO.: 19-cv-1993-MKB-VMS |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, JAMAICA 99 CENTS & UP INC. and THE 17115 FAMILY LIMITED PARTNERSHIP, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court will retain jurisdiction over any violations of the settlement agreement and the causes of action brought in the Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: February 7, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed: February 7, 2020

_____
Ge Qu, Esq.

Attorneys for the Defendant
JAMAICA 99 CENTS & UP INC.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
Tel:  (718) 353-8522
Fax: (718) 353-6288
Email: rqu@hanglaw.com


Signed: February 7, 2020

_____
Vivian M. Williams, Esq.

Attorneys for the Defendant
THE 17115 FAMILY LIMITED PARTNERSHIP
The Williams Firm P.C.
733 3rd Avenue, 16th Floor
New York, NY 10017
Tel:  (212) 561-5312
Email: vwilliams@thewilliamsfirmnyc.com


**SO ORDERED:**

        S/Margo K. Brodie
_____
Margo K. Brodie,
U.S. District Court Judge